UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MORTGAGE FUND '08 LLC,<br><br>    Debtor.<br>_____/<br><br>SUSAN L. UECKER, in her capacity as Trustee of the Mortgage Fund '08 Liquidating Trust,<br><br>    Appellant,<br><br>  v.<br><br>A VERY NICE POOL COMPANY, LTD.,<br><br>    Appellee. | Case No. 15-cv-00077-SI<br><br>Consolidated with 15-cv-00251 SI and 15-cv-00252 SI<br><br>**JUDGMENT** |

    The Court has affirmed the orders of the Bankruptcy Court in these consolidated appeals. Judgment is hereby entered in these consolidated appeals against appellant Susan Uecker and in favor of appellees A Very Nice Pool Company, Ltd., Paul and Patricia Cianci, and Mari DeMarsh.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 25, 2015

_____
SUSAN ILLSTON
United States District Judge